04-50806

**FORM B1**

# United States Bankruptcy Court
## Middle District of North Carolina

# Voluntary Petition

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Gaither, Thomas L.** | Name of Joint Debtor (if individual, enter Last, First, Middle):<br>**Gaither, Shelly E.** |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>**None** | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>**None** |
| Soc. Sec./Tax I.D. No. (if more than one, state all):<br>**XXX-XX-4494** | Soc. Sec./Tax I.D. No. (if more than one, state all):<br>**XXX-XX-4756** |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**570 Mt. Hall Rd.   Cleveland NC 27013** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>**570 Mt. Hall Rd.   Cleveland NC   27013** |
| County of Residence or of the<br>Principal Place of Busiiness:   **Rowan** | County of Residence or of the<br>Principal Place of Busiiness:   **Rowan** |
| Mailing Address of Debtor (if different from street address):<br>**PO Box 143   Cleveland NC 27013** | Mailing Address of Joint Debtor (if different from street address):<br>**PO Box 143   Cleveland NC   27013** |

Location of Principal Assets of Business Debtor
(if different from address above):   **n/a**

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue**   (Check any applicable box)
- ■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceeding the date of this petition or for a longer part of such 180 days than in any other District.
- ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

**Type of Debtor**   (Check all boxes that apply)
- ■ Individual(s)
- ☐ Corporation
- ☐ Partnership
- ☐ Other
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker

**Chapter or Section of Bankrupcy Code Under Which the Petition is Filed**   (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ☐ Sec. 304 - Case ancillary to foreign proceeding
- ☐ Chapter 11
- ☐ Chapter 12
- ■ Chapter 13

**Nature of Debts**   (Check one box)
- ■ Consumer/Non-Business
- ☐ Business

**Filing Fee**   (Check one box)
- ■ Full Filing Fee Attached
- ☐ Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3.

**Chapter 11 Small Business**   (Check all boxes that apply)
- ☐ Debtor is a small business as defined in 11 U.S.C. 101
- ☐ Debtor is and elects to be consider a small business under 11 U.S.C. 1121(e) (Optional)

**Statistical/Administrative Information**   (Estimates only)
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

| Estimated Number of Creditors | 1-15 ■ | | | |
|---|---|---|---|---|

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,00 $1 milli |
|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 $1 milli |
|---|---|---|---|
| ☐ | ☐ | ■ | ☐ |

UNITED STATES BANKRUPTCY COURT
Middle District North Carolina

RECEIPT

**Case # 04-50806 wscrc**   Chapter 13   **# 050038583 - CS**
Filed: 03:00 PM, 03/19/04 Winston-Salem     03:04 PM, March 19, 2004

| Code | Qty | Amount |
|---|---|---|
| 13 | 1 | $194.00 |

Judge: Judge Catharine Carruthers
Trustee: Kathryn L. Bringle
Debtor(s):
   Thomas L Gaither
   Shelly E Gaither

**First Meeting of Creditors**
01:00 PM, May 07, 2004
Creditor's Mtg. Rm. 1st Fl., WS
US Bankruptcy Court
226 South Liberty Street
Winston-Salem, NC 27101

**TOTAL PAID: $194.00**

From:   Robert F McLaughlin
   122 N Ellis St
   Salisbury, NC 28144

6

UNITED STATES BANKRUPTCY COURT


FEES PAID IN FULL

| **Voluntary Petition** | Page 2 |
|---|---|
| *(This page must be completed and filed in every case)* | Gaither, Thomas L.<br>Gaither, Shelly E. |

### Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet)

| Location Where Filed:   **None** | Case Number: | Date Filed: |
|---|---|---|

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>**None** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature(s) of Debtor (Corporation/Partnership) |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each chapter, and choose to proceed under Chapter 7. I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _Thomas L. Gaither_<br>Signature of Debtor<br>X _Shelly E. Gaither_<br>Signature of Joint Debtor<br><br>Telephone Number (If not represented by attorney)<br><br>_March 11, 2004_<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the Debtor.<br><br>The Debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>Signature of Authorized Individual<br><br>Print or Type Name of Authorized Individual<br><br>Title of Authorized Indivudual<br><br>Date |

| Signature(s) of Attorney | Signature of Non-Attorney Petition Preparer |
|---|---|
| X _Robert F. McLaughlin_<br>Signature of Attorney for Debtor(s)<br><br>**Robert F. McLaughlin, Attorney at Law**<br>Printed Name of Attorney for Debtor(s)/Bar No.<br><br>**Robert F. McLaughlin, Attorney at Law**<br>Firm Name<br><br>**122 N. Ellis St.**<br>Address<br><br>**Salisbury  NC  28144**<br><br>**704-633-2020**<br>Telephone Number<br><br>_March 16, 2004_<br>Date | I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.<br><br>Printed Name of Bankruptcy Petition Preparer<br><br>Social Security Number<br><br>Address<br><br>Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document.<br><br>If more than one person prepared this document, attached additional sheets conforming to the appropriate official form for each person.<br><br>X _____<br>Signature of Bankruptcy Petition Preparer<br><br>Date<br><br>A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156. |

| Exhibit A |
|---|
| (To be completed if Debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)<br>☐  Exhibit A is attached and made a part of this petition. |

| Exhibit B |
|---|
| (To be completed if Debtor is an individual whose debts are primarily consumer debts)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he/she] may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, and have explained the relief available under each such chapter.<br>X _Robert F. McLaughlin_   _3/16/04_<br>Signature of Attorney for Debtor(s)         Date |

C-13-5
(Rev. 6/92)

THE PLAN

The Debtor's take-home pay is $_____**1669.00**_____ per ___**MONTH**_____.

The Joint Debtor's take-home pay is $_____**1119.00**_____ per ___**MONTH**_____.

|                          | Debtor | Joint Debtor |
|--------------------------|--------|--------------|
| Employer:                | **Jockey International, Inc.**<br>**2300 60th St.**<br>**Kenosha, WI  53140-3889** | **Rowan County YMCA**<br>**503 Faith Rd.**<br>**Salisbury, NC  28146** |
| Length of<br>Employment: | **5 weeks** | **8 years** |
| Phone No.<br>(Business): | **(336) 284-4088** | **(704) 278-1610** |

The Debtor's plan is to pay from future income and earnings, as much as reasonably possible, as determined by the Court, for a period not less than 36 months and not in excess of 60 months.  The Debtor considers the reasonable amount to be $1120.00 dollars per month and the reasonable plan length to be 42 months  . However, the sum is subject to the determination of the Court from time to time. All funds will be disbursed to creditors, as may be approved by the Court, after first deducting costs of administration.  Debtor has a principal place of employment, residence or domicile or owns property within this District.

Annexed hereto are schedules which set forth accurate descriptions and valuations of all the items of property, real and personal and a complete statement of all debts with the full names and addresses of all creditors.

REQUEST FOR RELIEF

The Debtor is an individual with regular income who owes, as of the date of the filing of this petition, noncontingent, liquidated, unsecured debts of less than $100,000 and noncontingent liquidated secured debts of less than $350,000 and hereby requests relief in accordance with Chapter 13 of Title 11, United States Code.

# SCHEDULE A

### REAL PROPERTY AND MOBILE HOMES

| Description | Name and Address Of Lienholder | Total Amount of Debt | Monthly Payment | Present Market Value without Deduction For Mortgage or Security Interest |
|---|---|---|---|---|
| 1  Residence-<br>570 Mt. Hall Rd.<br>Cleveland, Rowan Co., NC | Citifinancial Mortgage<br>PO Box 142199<br>Irving, TX  75014-2199<br>0001467442 | 86,030.00 | 793.33 | 100,000.00 |
| | | | **Total:** | **100,000.00** |

# SCHEDULE B
## PERSONAL PROPERTY

| Type of Property | Amount of Mortgage or Other Security Interest on this Property | Name of Creditor Abbreviate - Full Name & Address Must Be on List of Debts | Present Market Value without Deduction For Mortgage or Security Interest |
|---|---|---|---|
| **AUTOMOBILES/VEHICLES** | | | |
| 1   (W) 1996 Cadilac Deville (152,000 miles) | | | 4,000.00 |
| 2   (H) 1993 Dodge Caravan (230,000 miles) | | | 1,200.00 |
| 3   (W) 1981 Toyota Starlet | | | 250.00 |
| **HOUSEHOLD GOODS** | | | |
| 1   Routine HHG and furnishings | | | 3,510.00 |
| **PERSONAL EFFECTS** | | | |
| 1   Clothing and jewelry | | | 950.00 |
| **OTHER** | | | |
|     N/A | | | 0.00 |

| **Tax Refunds** | Indicate what tax refunds (income or other), if any, to which either you or your spouse are entitled (give particulars including information as to any refunds payable jointly with any other person). | | |
|---|---|---|---|
| 2003 tax refunds | | | 5,400.00 |

**Bank Accounts** (and Safe Deposit Boxes): If you or your spouse currently have any bank or savings and loan accounts, checking or savings, give name and address of bank, nature of account, current balance, name and address of each person authorized to make withdrawls from the account (if none, so state).

| Nature of Account | Name of Bank | Name of Person Authorized to Withdraw |
|---|---|---|
| Female debtor's checking acct. # | Farmers & Merchants Bank 420 N. Main St. Salisbury NC 28144 | Female debtor only |
| Joint savings acct. # | Farmers & Merchants Bank 420 N. Main St. Salisbury NC 28144 | Debtors only |

| | Total of B $ | 15,310.00 |
|---|---|---|

THE LIQUIDATED VALUE OF DEBTOR'S ESTATE AFTER DEDUCTING MORTGAGES
AND OTHER VALID LIENS IS APPROXIMATELY $_____0.00_____.

# SCHEDULE C
## PROPERTY CLAIMED AS EXEMPT
(This schedule is not necessary to be completed at this time.)

# SCHEDULE D
## SECURED CREDITORS
(List all lienholders including real estate and mobile homes)

| Full Name, Mailing Address, and Account Number for Each Creditor | Brief Description of Security for Each Debt | Monthly Payment | Total Amount Remaining Due or Claimed |
|---|---|---|---|
| 1  Citifinancial Mortgage<br>PO Box 142199<br>Irving, TX 75014-2199<br>0001467442 | First mortgage on residence<br>FMV: 100000.00 | 793.33 | 86,030.00 |

                    * - estimated arrearage through 4/04 = $3,300

Total of Schedule D $    86,030.00

## SCHEDULE E
PRIORITY CREDITORS

|  |  | Amount Due or Claimed |
|---|---|---|
| _____ | United States | $ 0.00 |
| _____ | State of N.C. | $ 0.00 |
| 2002 and 2003 Rowan County property taxes | Local County Taxes | $ 981.00 |
| _____ | Local City Taxes | $ 0.00 |
| _____ | Other | $ 0.00 |
|  | Total of E | $ 981.00 |

# SCHEDULE F
## UNSECURED CREDITORS

| Full Name, Mailing Address, and Account Number for Each Creditor | Total Amount Remaining Due or Claimed |
|---|---|
| 1 Arrow Financial Services<br>5996 W. Touhy Ave.<br>Niles, IL, 60714<br>16562509 | 764.00 |
| 2 Arrow Financial Services<br>5996 W. Touhy Ave.<br>Niles, IL  60714<br>16561964 | 715.00 |
| 3 Davie County Hospital<br>PO Box 1209<br>Mocksville, NC  27028 | 1065.00 |
| 4 Davis Regional Medical Center<br>PO Box 1823<br>Statesville, NC  28687 | 1616.00 |
| 5 Delaware State University   (to be paid in full)<br>PO Box 820033<br>Philadelphia, PA  19182-0033 | 1620.00 |
| 6 Direct TV<br>c/o Law Offices of Mitchell N. Kay<br>PO Box 9006<br>Smithtown, NY  11787-9006<br>8771442A | 217.00 |
| 7 First Premier Bank<br>PO Box 5524<br>Sioux Falls, SD  57117 | 0.00 |
| 8 Forsyth Radiological Assocaties<br>3155 Maplewood Ave.<br>Winston-Salem, NC  27103<br>30504957 | 51.00 |
| 9 Mid-Atlantic Emergency Associates<br>PO Box 2332<br>Raleigh, NC  27602<br>AP16870189 | 145.00 |
| 10 Piedmont Pathology Associates, Inc.<br>1899 Tate Blvd. SE, Ste. 1105<br>Hickory, NC  28602<br>095932 | 52.00 |
| 11 Rowan Anesthesia Associates<br>c/o Rowan Collection Agency | 60.00 |

Total of Schedule F  $   15,642.00

## SCHEDULE F
### UNSECURED CREDITORS

| Full Name, Mailing Address, and<br>Account Number for Each Creditor | Total Amount Remaining<br>Due or Claimed |
|---|---|
| PO Box 1907<br>Salisbury, NC  28145-1907<br>12045 | |
| 12  Rowan Regional Med. Ctr.<br>612 Mocksville Ave.<br>Salisbury  NC 28144 | 7193.00 |
| 13  TranSouth<br>PO Box 9019<br>Des Moines, IA  50368-9019<br>06326395-0115994 | 940.00 |
| 14  Verizon Wireless<br>PO Box 660108<br>Dallas, TX  75266-0108<br>419412083-00001 | 1204.00 |

Total of Schedule F  $         15,642.00

## SCHEDULE G
### EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| Name and Address of Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest.  State whether Lease is for Nonresidential Real Property |
|---|---|
| 1   N/A | |

## SCHEDULE H
### CODEBTORS

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| 1  N/A | |

# SCHEDULE I
## CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a Chapter 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status | Dependents of Debtor and Spouse | | |
|---|---|---|---|
| | Names | Age | Relationship |
| ☐ Single | **Natasha M. Gaither** | 23 | daughter |
| ■ Married | **Thomas L. Gaither, Jr.** | 18 | son |
| ☐ Divorced | **Nicholas J. Warren** | 5 | grandchild |
| ☐ Separated | **Nicholi J. Warren** | 1 | grandchild |

| Income: (estimate of average monthly income) | DEBTOR | SPOUSE |
|---|---|---|
| Current monthly gross wages, salary, and commissions (pro rate if not paid monthly) | $ 1,997.00 | $ 1,444.00 |
| Estimate monthly overtime | $ | $ |
| SUBTOTAL | $ 1,997.00 | $ 1,444.00 |
| LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ 328.00 | $ 231.00 |
| b. Insurance | $ | $ 94.00 |
| c. Union Dues | $ | $ |
| d. Other | $ | $ |
|    Other | $ | $ |
|    Other | $ | $ |
|    Other | $ | $ |
|    Other | $ | $ |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ 328.00 | $ 325.00 |
| TOTAL NET MONTHLY TAKE HOME PAY | $ 1,669.00 | $ 1,119.00 |
| Regular income from operation of business or profession (attach detailed statement) | $ | $ |
| Income from real property | $ | $ |
| Interest and dividends | $ | $ |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | $ |
| Social Security or other government assistance (specify) | $ | $ |
| Pension or retirement income | $ | $ |
| Other monthly income | $ | $ |
| Other monthly income | $ | $ |
| Other monthly income | $ | $ |
| TOTAL MONTHLY INCOME | $ 1,669.00 | $ 1,119.00 |
| TOTAL COMBINED MONTHLY INCOME | | $ 2,788.00 |

# SCHEDULE J
## CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

DEBTOR

| | |
|---|---|
| Rent or home mortgage payment (include lot rented for mobile home) . . . . . . . . . . .$ | 794.00 |

Are real estate taxes included?  _____ Yes  _____ No

Is property insurance included?  _____ Yes  _____ No

| | |
|---|---|
| Utilities: Electricity and heating fuel . . . . . . . . . . . . . . . . . . . . . . . . . .$ | 250.00 |
| Water and sewer . . . . . . . . . . . . . . . . . . . . . . . . . .$ | |
| Telephone . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$ | 190.00 |
| Other . Internet . . . . . . . . . . . . . . . . . . . . . . . .$ | 35.00 |
| Home maintenance (repairs and upkeep). . . . . . . . . . . . . . . . . . . . . . . .$ | 75.00 |
| Food (include lunches) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$ | 475.00 |
| Clothing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$ | 350.00 |
| Laundry and dry cleaning. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$ | 10.00 |
| Medical and dental expenses . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$ | 25.00 |
| Child care . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$ | 260.00 |
| Transportation (not including car payments) . . . . . . . . . . . . . . . . . . . . . .$ | 275.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. . . . . . . . . . . . .$ | |
| Charitable Contributions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$ | 80.00 |
| Insurance (not deducted from wages or included in home mortgage payments: | |
| Homeowner's or renter's. . . . . . . . . . . . . . . . . . . . . . . . . . . .$ | |
| Life . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$ | |
| Health . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$ | |
| Auto . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$ | 122.00 |
| Other . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$ | |
| Taxes (not deducted from wages or included in home mortgage payments | |
| (specify). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$ | 49.00 |
| Alimony, maintenance, and support paid to others. . . . . . . . . . . . . . . . . . . .$ | |
| Payments for support of additional dependents not living at your home . . . . . . . . . .$ | |
| Regular expenses from operation of business, profession or farm (attached statement) $ | |
| Other. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$ | |
| TOTAL MONTHLY EXPENSES . . . . . . . . . . . . . . . . . . . . . . . . . . . .$ | 2,990.00 |

## SUMMARY

| | | |
|---|---|---|
| TOTAL INCOME. . . . . . . . . . . . . . . . . . . . . . . . . . . . .$ | | 2,788.00 |
| TOTAL EXPENSES . . . . . . . . . . . . . . . . . . . . .$ | 2,990.00 | |
| AMOUNT OF CHAPTER 13 PAYMENT . . . . . . . . . . . . . . .$ | 1,120.00* | |
| DISPOSABLE INCOME AFTER EXPENSES & CHAPTER 13 PAYMENT . . . . . . . . . . .$ | | -528.00 |

\* inclusive of mortgage payments

# PAYMENTS TO CREDITORS

List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within 90 days (insiders 1 year) immediately preceding the commencement of this case. (Married debtors must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**None**

# FORECLOSURES, EXECUTIONS AND ATTACHMENTS

Is any of your or your spouse's property, including real estate, involved in foreclosing proceedings in or out of court? If so, identify the property and the person foreclosing.

**No**

Has any of your or your spouse's property or income been attached, garnished or seized under any legal or equitable process on or within 90 days before the date of the filing of the original petition herein? (If so, describe the property seized, or person garnished and at whose suit.)

**No**

## TRANSFERS, REPOSSESSIONS AND RETURNS

Has any of your or your spouse's property been transferred, returned, repossessed, or seized by the seller or by any other party, including a landlord on or within 90 days before the date of this filing of the original petition herein? (If so, give particulars including the name and address of the party getting the property and its description and value.)

No

## COMPENSATION PAID OR PROMISED TO ATTORNEY FOR DEBTOR

If you have paid or agreed to pay (or transferred or agreed to transfer any property) to your attorney for services in connection with your case other than agreeing to pay compensation as may be allowed by the Court to be paid from monies paid to the Trustee for your account, then state:

None

## PENDING OR PRIOR BANKRUPTCY

What proceedings under the Bankruptcy Code are now pending or have been previously brought by or against you or your spouse?  State the location of the Bankruptcy Court, the nature and number of each proceeding, the date it was filed, and whether a discharge was granted or refused, the proceeding was dismissed, or a composition, arrangement or plan was confirmed.

**None**

## PAYMENTS RELATED TO DEBT CONSOLIDATION OR BANKRUPTCY

List all payments made or property transferred by or on behalf of the Debtor to any persons, including attorneys, for consultation concerning debt consilidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately proceding the commencement of this case.

**None**

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF NORTH CAROLINA

In the Matter of:

THOMAS L. GAITHER
SHELLY E. GAITHER

Debtor.

Case No._____

DEBTOR'S CLAIM FOR
PROPERTY EXEMPTIONS

I, _____THOMAS L. GAITHER_____, the undersigned debtor, hereby claim the following property as exem
pursuant to Chapter 1C, Article 16, § 1C-1601 et seq. of the North Carolina General Statutes.

1. **REAL OR PERSONAL PROPERTY USED BY DEBTOR OR DEBTOR'S DEPENDANT AS RESIDENCE OR BURIAL
   PLOT.** (Total net value not to exceed $10,000. Amount of the unused portion of the <u>first</u> $3,500 may be carried forwa
   to be applied on other property claimed as exempt.)

| Description of Property & Address | Market Value | Mtg. Holder or Lien Holder | Amt. Mtg. or Lien | Net Value |
|---|---|---|---|---|
| Residence- 570 Mt. Hall Rd. Cleveland, Rowan Co., NC | 100,000 | Citifinancial | 86,030 | 13,970 |

\* debtor's ½ interest

(a) Total Net Value $ 13,970

Total Net Exemption $ 6,985*

(b) Unused portion of first $3,500. (This amount, if any, may be used to claim an exemption
in any property owned by the debtor.) $ 0

2. **MOTOR VEHICLE.** (Only one vehicle allowed under this paragraph with net value claimed as exempt not to exceed
   $1,500 plus any portion desired for use from paragraph 1 (b) above.)

| Model, Year Style of Auto | Market Value | Lien Holder | Amt. Lien | Net Value |
|---|---|---|---|---|
| 1993 Dodge Caravan | | None | N/A | |

(a) Statutory allowance $ 1,500
(b) Amount from 1 (b) above to be used in this paragraph. $ _____
   (A part or all of 1 (b) may be used as needed.)

Total Net Exemption $ _____

3. **TOOLS OF TRADE OR PROFESSIONAL BOOKS.** (Used by Debtor or Debtor's dependent. Total net value of all
   items claimed as exempt not to exceed $750.00.)

| Description | Market Value | Lien Holder | Amt. Lien | Net Value |
|---|---|---|---|---|
| None | | | | |

(a) Statutory allowance $ 750
(b) Amount from 1 (b) above to be used in this paragraph. $ _____
   (A part or all of 1 (b) may be used as needed.)

Total Net Exemption $ _____

**4. PERSONAL PROPERTY USED FOR HOUSEHOLD OR PERSONAL PURPOSES NEEDED BY DEBTOR OR DEBTOR'S DEPENDENTS** (Debtor's total net value should not exceed $5,000, plus $750 for each dependent, but not to exceed $3,000 total for all dependents.)

| Description of Property | Market Value | Lien Holder | Amt. Lien | Net Value |
|---|---|---|---|---|
| Clothing & Personal | 200 | | | 200 |
| Kitchen Appliances | | | | |
| Stove | 150 | | | 150 |
| Refrigerator | 200 | | | 200 |
| Freezer | 12 | | | 12 |
| Washing Machine | 25 | | | 25 |
| Dryer | 25 | | | 25 |
| China | | | | |
| Silver | 38 | | | 38 |
| Jewelry | | | | |
| Living Room Furniture | 150 | | | 150 |
| Den Furniture | 175 | | | 175 |
| Bedroom Furniture | 50 | | | 50 |
| Dining Room Furniture | 200 | | | 200 |
| Lawn Furniture | | | | |
| Television/DVD | 250 | | | 250 |
| ( ) Stereo ( ) Radio | 37 | | | 37 |
| Musical Instruments | | | | |
| ( ) Piano ( ) Organ | | | | |
| Air Conditioner | | | | |
| Paintings & Art | 17 | | | 17 |
| Lawn Mower | 150 | | | 150 |
| Yard Tools | 75 | | | 75 |
| Crops | | | | |
| Animals | | | | |
| Recreational Equipment | | | | |
| Other ( golf clubs ) | 200 | | | 200 |

Total Net Value    1,954

(a) Statutory allowance for debtor    $ 3,500

(b) Statutory allowance for debtor's dependents: ___2___ dependents at $750 each (not to exceed $3,000 for total dependents)    1,500

(c) Amount from 1 (b) above to be used in this paragraph. (A part or all of 1 (b) may be used as needed.)    0

Total Net Exemption    1,954

**5. LIFE INSURANCE.** (As provided in Article X, Section 5 of North Carolina Constitution.)

Name of Insurance Company _____ None _____ Policy No. _____

Name of Insured _____ Policy Date _____

Name of Beneficiary _____

**6. PROFESSIONALLY PRESCRIBED HEALTH AIDS** (FOR DEBTOR OR DEBTOR'S DEPENDENTS). (No limit on value of number of items.)

Description: _____ None _____

7. **DEBTOR'S RIGHT TO RECEIVE FOLLOWING COMPENSATION:** (NCGS 1C-1601(a)(8). No limit on number or amount.)

     A. $ _____N/A_____ Compensation for personal injury to debtor or to person whom debtor was dependent for support.
     B. $ _____N/A_____ Compensation for death of person of whom debtor was dependent for support.

8. **INDIVIDUAL RETIREMENT ACCOUNTS, INDIVIDUAL RETIREMENT ANNUITIES AND TRUST ACCOUNTS AS DESCRIBED IN SECTION** 408(a),(b) **and (c) OF THE INTERNAL REVENUE CODE:** (NCGS 1C-1601(a)(9). No limit on number or amount.)

| Detailed Description | Value |
|---|---|
| None | |
| | |

9. **ANY OTHER REAL OR PERSONAL PROPERTY WHICH DEBTOR DESIRES TO CLAIM AS EXEMPT THAT HAS NOT PREVIOUSLY BEEN CLAIMED ABOVE.** (NCGS 1C-1601(a)(2). THE AMOUNT CLAIMED MAY NOT EXCEED THE REMAINING AMOUNT AVAILABLE UNDER PARAGRAPH 1 (b) WHICH HAS NOT BEEN USED FOR OTHER EXEMPTIONS.)

| Description | Market Value | Lien Holder(s) | Amt. Lien | Net Value |
|---|---|---|---|---|
| None | | | | |
| | | | | |

(a) Total Net Value of property claimed in paragraph 9.        $_____
(b) Total amount available from paragraph 1 (b).    $_____
(c) Less amounts available under paragraph 1 (b) which was used in other paragraphs:

                       Paragraph 2 (b)    $_____
                       Paragraph 3 (b)    $_____
                       Paragraph 4 (c)    $_____
                       Net Balance Available from paragraph 1 (b)    $_____
               Total Net Exemption    $_____0_____

10. **OTHER EXEMPTIONS CLAIMED UNDER THE LAWS OF THE STATE OF NORTH CAROLINA:**

| | |
|---|---|
| Aid to the Aged, Disabled and Families with Dependent Children. NCGS 108A-36 | 0 |
| Aid to the Blind. NCGA 111-18 | 0 |
| Yearly Allowance for Surviving Spouse. NCGS 30-15, NCGS 30-33 | 0 |
| North Carolina Local Government Employees Retirement Benefits. NCGS 128-31 | 0 |
| North Carolina Teachers and State Employees Retirement Benefits. NCGS 135-9 | 0 |
| Firemen's Relief Fund Pensions. NCGS 118-49 | 0 |
| Fraternal Benefit Society Benefits. NCGS 58-283 | 0 |
| Workers Compensation Benefits. NCGS 97-21 | 0 |
| Unemployment Benefits, so long as not commingled and except for debts for necessities purchased while unemployed. NCGS 96-17 | 0 |
| Group Insurance Proceeds. NCGS 58-213 | 0 |
| Partnership Property, except on a claim against the partnership. NCGS 59-55 | 0 |
| Wages of a Debtor Necessary for Support of Family. NCGS 1-362 | 0 |
| Other | 0 |

TOTAL VALUE OF PROPERTY CLAIMED AS EXEMPT      $_____0_____

l. **EXEMPTIONS CLAIMED UNDER NON-BANKRUPTCY FEDERAL LAW:**

| | |
|---|---|
| Foreign Service Retirement and Disability Payments, 22 U.S.C. § 1104 | 0 |
| Social Security Benefits, 42 U.S.C. § 407 | 0 |
| Injury of Death Compensation Payments from War Risk Hazards, 42 U.S.C. § 601 | 0 |
| Wages of Fishermen, Seamen and Apprentices, 46 U.S.C. § 601 | 0 |
| Civil Service Retirement Benefits, 5 U.S.C. §§ 729, 2265 | 0 |
| Longshoremen and Harbor Workers Compensation Act Death and Disability Benefits, 33 U.S.C. § 916 | 0 |
| Railroad Retirement Act Annuities and Pensions 45 U.S.C. § 228(L) | 0 |
| Veterans Benefits, 45 U.S.C. § 352TE | 0 |
| Special Pension Paid to Winners of Congressional Medal of Honor, 38 U.S.C. § 3101 | 0 |
| Federal Homestead Lands, on Debts Contracted Before the Issuance of the Patent, 43 U.S.C. § 175 | 0 |
| Other | 0 |

TOTAL VALUE OF PROPERTY CLAIMED AS EXEMPT                     $          0

. **TENANCY BY THE ENTIRETY.** The following property is claimed as exempt pursuant to 11 U.S.C. § 522(b)(2)(B) and the laws of the State of North Carolina pertaining to property held as tenants by the entirety.

| Description of Property & Address | Market Value | Mtg. Holder or Lien Holder(s) | Amt. Mtg. or Lien | Net Value |
|---|---|---|---|---|
| None | | | | |

VALUE OF ENTIRETIES PROPERTY CLAIMED AS EXEMPT          $ _____

. **THE FOLLOWING TANGIBLE PERSONAL PROPERTY WAS PURCHASED BY THE DEBTOR WITHIN 90 DAYS OF THE FILING OF THE BANKRUPTCY PETITION:**

| Description | Market Value | Lien Holder(s) | Amt. Lien | Net Value |
|---|---|---|---|---|
| None | | | | |

None of the property listed in paragraph 11 has been included in this Request for Exempt Property. (Tangible personal property purchased within 90 days of the filing of the petition cannot be exempted.)

**DESCRIBE BELOW ANY 401(K) PLANS, PENSION PLANS, PROFIT SHARING PLANS, ETC., IN WHICH THE DEBTOR HAS AN INTEREST WHICH ARE NOT LISTED IN DEBTOR'S SCHEDULES OR STATEMENT OF FINANCIAL AFFAIRS OR IN ANY PRECEDING PARAGRAPH OF THIS FORM.**

| Description | Value |
|---|---|
| None | |

TE: March 11, 2004

_Thomas L. Gaither_
Debtor
THOMAS L. GAITHER

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF NORTH CAROLINA

In the Matter of:  )
  )   Case No._____
THOMAS L. GAITHER  )
SHELLY E. GAITHER  )   **DEBTOR'S CLAIM FOR**
  )   **PROPERTY EXEMPTIONS**
Debtor.  )

I,    SHELLY E. GAITHER    , the undersigned debtor, hereby claim the following property as exem
pursuant to Chapter 1C, Article 16, § 1C-1601 et seq. of the North Carolina General Statutes.

1. **REAL OR PERSONAL PROPERTY USED BY DEBTOR OR DEBTOR'S DEPENDANT AS RESIDENCE OR BURIAL PLOT.** (Total net value not to exceed $10,000. Amount of the unused portion of the <u>first</u> $3,500 may be carried forwa to be applied on other property claimed as exempt.)

| Description of Property & Address | Market Value | Mtg. Holder or Lien Holder | Amt. Mtg. or Lien | Net Value |
|---|---|---|---|---|
| Residence- 570 Mt. Hall Rd. Cleveland, Rowan Co., NC | 100,000 | Citifinancial | 86,030 | 13,970 |
| * debtor's ½ interest | | (a) Total Net Value | $ | 13,970 |
| | | Total Net Exemption | $ | 6,985* |

(b) Unused portion of first $3,500. (This amount, if any, may be used to claim an exemption
    in any property owned by the debtor.)                    $    0

2. **MOTOR VEHICLE.** (Only one vehicle allowed under this paragraph with net value claimed as exempt not to exceed $1,500 plus any portion desired for use from paragraph 1 (b) above.)

| Model, Year Style of Auto | Market Value | Lien Holder | Amt. Lien | Net Value |
|---|---|---|---|---|
| 1996 Cadillac Deville | | Mpme | N/A | |

(a) Statutory allowance                                    $    1,500
(b) Amount from 1 (b) above to be used in this paragraph.
    (A part or all of 1 (b) may be used as needed.)        $

                                Total Net Exemption        $

3. **TOOLS OF TRADE OR PROFESSIONAL BOOKS.** (Used by Debtor or Debtor's dependent. Total net value of all items claimed as exempt not to exceed $750.00.)

| Description | Market Value | Lien Holder | Amt. Lien | Net Value |
|---|---|---|---|---|
| None | | | | |

(a) Statutory allowance                                    $    750
(b) Amount from 1 (b) above to be used in this paragraph.
    (A part or all of 1 (b) may be used as needed.)        $

                                Total Net Exemption        $

7. **DEBTOR'S RIGHT TO RECEIVE FOLLOWING COMPENSATION:** (NCGS 1C-1601(a)(8). No limit on number or amount.)

    A. $   **N/A**   Compensation for personal injury to debtor or to person whom debtor was dependent for support.

    B. $   **N/A**   Compensation for death of person of whom debtor was dependent for support.

8. **INDIVIDUAL RETIREMENT ACCOUNTS, INDIVIDUAL RETIREMENT ANNUITIES AND TRUST ACCOUNTS AS DESCRIBED IN SECTION 408-a),(b) and (c) OF THE INTERNAL REVENUE CODE:** (NCGS 1C-1601(a)(9). No limit on number or amount.)

| Detailed Description | Value |
|---|---|
| 403R - YMCA of Rowan County | |
| | |

9. **ANY OTHER REAL OR PERSONAL PROPERTY WHICH DEBTOR DESIRES TO CLAIM AS EXEMPT THAT HAS NOT PREVIOUSLY BEEN CLAIMED ABOVE.** (NCGS 1C-1601(a)(2). THE AMOUNT CLAIMED MAY NOT EXCEED THE REMAINING AMOUNT AVAILABLE UNDER PARAGRAPH 1 (b) WHICH HAS NOT BEEN USED FOR OTHER EXEMPTIONS.)

| Description | Market Value | Lien Holder(s) | Amt. Lien | Net Value |
|---|---|---|---|---|
| None | | | | |
| | | | | |

(a) Total Net Value of property claimed in paragraph 9.     $ _____

(b) Total amount available from paragraph 1 (b).   $ _____

(c) Less amounts available under paragraph 1 (b) which was used in other paragraphs:

    Paragraph 2 (b)   $ _____

    Paragraph 3 (b)   $ _____

    Paragraph 4 (c)   $ _____

    Net Balance Available from paragraph 1 (b)   $ _____

Total Net Exemption   $ 0

10. **OTHER EXEMPTIONS CLAIMED UNDER THE LAWS OF THE STATE OF NORTH CAROLINA:**

| | |
|---|---|
| Aid to the Aged, Disabled and Families with Dependent Children. NCGS 108A-36 | 0 |
| Aid to the Blind. NCGA 111-18 | 0 |
| Yearly Allowance for Surviving Spouse. NCGS 30-15, NCGS 30-33 | 0 |
| North Carolina Local Government Employees Retirement Benefits. NCGS 128-31 | 0 |
| North Carolina Teachers and State Employees Retirement Benefits. NCGS 135-9 | 0 |
| Firemen's Relief Fund Pensions. NCGS 118-49 | 0 |
| Fraternal Benefit Society Benefits. NCGS 58-283 | 0 |
| Workers Compensation Benefits. NCGS 97-21 | 0 |
| Unemployment Benefits, so long as not commingled and except for debts for necessities purchased while unemployed. NCGS 96-17 | 0 |
| Group Insurance Proceeds. NCGS 58-213 | 0 |
| Partnership Property, except on a claim against the partnership. NCGS 59-55 | 0 |
| Wages of a Debtor Necessary for Support of Family. NCGS 1-362 | 0 |
| Other | |

**TOTAL VALUE OF PROPERTY CLAIMED AS EXEMPT**   $ 0

## 4. PERSONAL PROPERTY USED FOR HOUSEHOLD OR PERSONAL PURPOSES NEEDED BY DEBTOR OR DEBTOR'S DEPENDENTS

| Description of Property | Market Value | Lien Holder | Amt. Lien | Net Value |
|---|---|---|---|---|
| Clothing & Personal | 400 | | | 400 |
| Kitchen Appliances | | | | |
| Stove | 150 | | | 150 |
| Refrigerator | 200 | | | 200 |
| Freezer | 12 | | | 12 |
| Washing Machine | 25 | | | 25 |
| Dryer | 25 | | | 25 |
| China | | | | |
| Silver | 38 | | | 38 |
| Jewelry | 350 | | | 350 |
| Living Room Furniture | 150 | | | 150 |
| Den Furniture | 175 | | | 175 |
| Bedroom Furniture | 50 | | | 50 |
| Dining Room Furniture | 200 | | | 200 |
| Lawn Furniture | | | | |
| Television/DVD | 250 | | | 250 |
| ( ) Stereo  ( ) Radio | 37 | | | 37 |
| Musical Instruments | | | | |
| ( ) Piano  ( ) Organ | | | | |
| Air Conditioner | | | | |
| Paintings & Art | 17 | | | 17 |
| Lawn Mower | 150 | | | 150 |
| Yard Tools | 75 | | | 75 |
| Crops | | | | |
| Animals | | | | |
| Recreational Equipment | | | | |
| Other ( golf clubs ) | 200 | | | 200 |

Total Net Value    2,521

(a) Statutory allowance for debtor      $ 3,500
(b) Statutory allowance for debtor's dependents: ___2___ dependents
    at $750 each (not to exceed $3,000 for total dependents)    1,500
(c) Amount from 1 (b) above to be used in this paragraph.    0
    (A part or all of 1 (b) may be used as needed.)

Total Net Exemption    2,521

## 5. LIFE INSURANCE. (As provided in Article X, Section 5 of North Carolina Constitution.)

Name of Insurance Company _____ None _____ Policy No. _____

Name of Insured _____ Policy Date _____

Name of Beneficiary _____

## 6. PROFESSIONALLY PRESCRIBED HEALTH AIDS (FOR DEBTOR OR DEBTOR'S DEPENDENTS). (No limit on value of number of items.)

Description: _____ None _____

I. **EXEMPTIONS CLAIMED UNDER NON-BANKRUPTCY FEDERAL LAW:**

| | |
|---|---|
| Foreign Service Retirement and Disability Payments, 22 U.S.C. § 1104 | 0 |
| Social Security Benefits, 42 U.S.C. § 407 | 0 |
| Injury of Death Compensation Payment from War Risk Hazards, 42 U.S.C. § 601 | 0 |
| Wages of Fishermen, Seamen and Apprentices, 46 U.S.C. § 601 | 0 |
| Civil Service Retirement Benefits, 5 U.S.C. §§ 729, 2265 | 0 |
| Longshoremen and Harbor Workers Compensation Act Death and Disability Benefits, 33 U.S.C. § 916 | 0 |
| Railroad Retirement Act Annuities and Pensions 45 U.S.C. § 228(L) | 0 |
| Veterans Benefits, 45 U.S.C. § 352 E | 0 |
| Special Pension Paid to Winners of Congressional Medal of Honor, 38 U.S.C. § 3101 | 0 |
| Federal Homestead Lands, on Debt Contracted Before the Issuance of the Patent, 43 U.S.C. § 175 | 0 |
| Other | 0 |

TOTAL VALUE OF PROPERTY CLAIMED AS EXEMPT                          $ 0

**TENANCY BY THE ENTIRETY.** The following property is claimed as exempt pursuant to 11 U.S.C. § 522(b)(2)(B) and the laws of the State of North Carolina pertaining to property held as tenants by the entirety.

| Description of Property & Address | Market Value | Mtg. Holder or Lien Holder(s) | Amt. Mtg. or Lien | Net Value |
|---|---|---|---|---|
| None | | | | |

VALUE OF ENTIRETIES PROPERTY CLAIMED AS EXEMPT        $ _____

**THE FOLLOWING TANGIBLE PERSONAL PROPERTY WAS PURCHASED BY THE DEBTOR WITHIN 90 DAYS OF THE FILING OF THE BANKRUPTCY PETITION:**

| Description | Market Value | Lien Holder(s) | Amt. Lien | Net Value |
|---|---|---|---|---|
| None | | | | |

None of the property listed in paragraph 11 has been included in this Request for Exempt Property. (Tangible personal property purchased within 90 days of the filing of the petition cannot be exempted.)

**DESCRIBE BELOW ANY 401(K) PLANS, PENSION PLANS, PROFIT SHARING PLANS, ETC., IN WHICH THE DEBTOR HAS AN INTEREST WHICH ARE NOT LISTED IN DEBTOR'S SCHEDULES OR STATEMENT OF FINANCIAL AFFAIRS OR IN ANY PRECEDING PARAGRAPH OF THIS FORM.**

| Description | Value |
|---|---|
| None | |

TE: March 11, 2004

_Shelly E. Gaither_
Debtor

SHELLY E. GAITHER